UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| MICHAEL C. JAMERSON, | ) |
|---|---|
| Plaintiff, | ) |
| v. | ) No. 4:16-CV-760 JAR |
| JOHN WILLIAMS, et al., | ) |
| Defendant. | ) |

## MEMORANDUM AND ORDER

This matter is before the Court on review of plaintiff's amended complaint under 28 U.S.C. § 1915(e). After reviewing the complaint, the Court finds that defendant John Williams should be served with process.

### Standard of Review

Under 28 U.S.C. § 1915(e), the Court is required to dismiss a complaint filed in forma pauperis if it is frivolous, malicious, or fails to state a claim upon which relief can be granted. To state a claim for relief under § 1983, a complaint must plead more than "legal conclusions" and "[t]hreadbare recitals of the elements of a cause of action [that are] supported by mere conclusory statements." *Ashcroft v. Iqbal*, 556 U.S. 662, 678 (2009). A plaintiff must demonstrate a plausible claim for relief, which is more than a "mere possibility of misconduct." *Id.* at 679. "A claim has facial plausibility when the plaintiff pleads factual content that allows the court to draw the reasonable inference that the defendant is liable for the misconduct alleged." *Id.* at 678. Determining whether a complaint states a plausible claim for relief [is] a context-specific task that requires the reviewing court to draw on its judicial experience and common sense. *Id.* at 679.

## The Complaint

Plaintiff brings this action against Dr. John Williams, Corizon, Inc., and the Missouri Department of Corrections (MoDOC). He alleges that he has Hepatitis C and that Williams refuses to provide him with treatment.

## Discussion

The Court finds that the complaint states a plausible claim against defendant Williams, and the Court will order the Clerk to serve him with process.

In order to state a claim against Corizon, plaintiff must allege that there was a policy, custom or official action that caused an actionable injury. *Sanders v. Sears Roebuck & Co.*, 984 F.2d 972, 95-76 (8th Cir. 1993). There are no such allegations in the complaint. Therefore, his claims against Corizon fail to state a claim upon which relief can be granted.

The complaint also fails to state a claim against MoDOC. *E.g., Barket, Levy & Fine, Inc. v. St. Louis Thermal Energy Corp.*, 948 F.2d 1084, 1086 (8th Cir. 1991) (agency exercising state power is not "person" subject to § 1983 suit).

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk is directed to serve process on defendant John Williams.

**IT IS FURTHER ORDERED** that defendants Corizon, Inc., and the Missouri Department of Corrections are **DISMISSED** without prejudice.

An Order of Partial Dismissal will be filed separately.

Dated this 22nd day of July, 2016.

_____
JOHN A. ROSS
UNITED STATES DISTRICT JUDGE