# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | | |
|---|---|---|
| MICHAEL C. JAMERSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:16-CV-760 JAR |
| | ) | |
| JOHN WILLIAMS, et al., | ) | |
| | ) | |
| Defendants, | ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on plaintiff's request for discovery. The motion is premature because the Court has not authorized discovery. *See* E.D. Mo. L.R. 16 - 5.01, 16 - 5.04 (discovery in prisoner cases may not take place until Court enters a Case Management Order).

Additionally, plaintiff must not submit discovery requests with the Court. He must send them to defense counsel.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion for discovery [ECF No. 28] is **DENIED**.

Dated this 13th day of October, 2016.

_____
JOHN A. ROSS
UNITED STATES DISTRICT JUDGE