# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| MICHAEL C. JAMERSON, | ) |
| | ) |
| Plaintiff, | ) |
| | )   Case No.: 4:16-cv-00760-JAR |
| vs. | ) |
| | ) |
| JOHN WILLIAMS, et al., | ) |
| | ) |
| Defendants. | ) |

## DEFENDANTS JOHN WILLIAMS, M.D. AND JULIE FIPPS, RN'S MEMORANDUM IN SUPPORT OF THEIR MOTION TO DISMISS

COME NOW Defendants, John Williams, M.D. and Julie Fipps, RN ("Medical Defendants"), by and through undersigned counsel, and submit this Memorandum in Support of their Motion to Dismiss Plaintiff's Second Amended Complaint, (Doc. 19), stating as follows:

## BACKGROUND

Plaintiff Michael Jamerson is a *pro se* prisoner currently confined by the Missouri Department of Corrections. Plaintiff brings this action pursuant to 42 U.S.C. § 1983 against Medical Defendants, among others. (Doc. 19). Plaintiff alleges Dr. Williams refused to treat his Hepatitis C infection ("HCV") at Fipps's direction. (*Id*. at 6, 9). Based on these allegations, Plaintiff alleges violations of his Eighth Amendment rights. (*Id*. at 8).

## ARGUMENT

Medical Defendants hereby adopt and incorporate by reference, pursuant to Fed.R.Civ.P. 10(c), the arguments and supporting authority regarding lack of subject matter jurisdiction, (Doc. 34, pp. 5-7), Plaintiff's failure to allege injury or harm in order to establish an Eighth Amendment violation, (Doc. 34, pp. 7-8), and Plaintiff's failure to plead a serious medical need

or deliberate indifference to such need, (Doc. 34, pp. 8-11), set forth by Defendant George Lombardi in his Motion to Dismiss and Memorandum in Support, which apply equally to Plaintiff's claims against Medical Defendants. (Docs. 33, 34). Specifically, Plaintiff has failed to state a cognizable Eighth Amendment claim against Medical Defendants. For the reasons set forth by Defendant Lombardi, Medical Defendants request this Court grant the Motion and dismiss all claims against them.

Respectfully Submitted,

*/s/ J. Thaddeus Eckenrode*
J. Thaddeus Eckenrode MO Bar #31080
ECKENRODE-MAUPIN, Attorneys at Law
11477 Olde Cabin Road, Suite 110
St. Louis, MO 63141
(314) 726-6670 (Telephone)
(314) 726-2106 (Fax)
jte@eckenrode-law.com
*Attorney for John Williams, M.D. and*
*Julie Fipps, RN*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and accurate copy of the foregoing was served via electronic mail or via first class U.S. Mail, postage prepaid on this 25th day of October, 2016 to the following:

Michael C. Jamerson
#179555
Missouri Eastern Correctional Center
18701 Old Hwy 66
Pacific, MO  63069
*Pro se Plaintiff*

Jeff Spahr
Missouri Attorney General's Office
P.O. Box 861
St. Louis, MO 63188
Jeff.spahr@ago.mo.gov
*Attorney for Co-Defendants.*

*/s/ Megan Perney*