# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | | |
|---|---|---|
| MICHAEL C. JAMERSON, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. 4:16-CV-760 JAR |
| JOHN WILLIAMS, et al., | ) ) | |
| Defendants, | ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on plaintiff's motion for leave to file an amended complaint and defendants' motions to dismiss. Plaintiff is now represented by counsel, and he seeks until December 28, 2016, to file an amended complaint. The motion to amend is granted. Defendants' motions to dismiss are now moot.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion for leave to file an amended complaint [ECF No. 39] is **GRANTED**.

**IT IS FURTHER ORDERED** that defendants' motions to dismiss [ECF Nos. 33, 36] are **DENIED** without prejudice.

Dated this 27th day of October, 2016.

_____
JOHN A. ROSS
UNITED STATES DISTRICT JUDGE