**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | |
|---|---|
| MICHAEL C. JAMERSON, ) | |
| ) | |
| Plaintiff, ) | Case No. 4:16-cv-00760-JAR |
| ) | |
| v. ) | |
| ) | |
| JOHN WILLIAMS, et al., ) | |
| ) | |
| Defendants. ) | |

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

COME NOW Plaintiff Michael C. Jamerson and Defendants John Williams, M.D., Julie Phipps, R.N., and George Lombardi, by and through their respective undersigned counsel, and, pursuant to FED. R. CIV. P. 41(a)(1)(A)(ii), stipulate to dismissal of the above-captioned action in its entirety, without prejudice.

Date: December 7, 2016                                                                 Respectfully submitted,

MACARTHUR JUSTICE CENTER AT ST. LOUIS

By: /s/ Mae C. Quinn
By: /s/ Amy E. Breihan
Mae C. Quinn, #61584
Amy E. Breihan, #65499MO
3115 South Grand Blvd., Suite 300
St. Louis, MO 63118
Phone: (314) 254-8540
Fax: (314) 254-8547
mae.quinn@macarthurjustice.org
amy.breihan@macarthurjustice.org
*Counsel for Plaintiff Michael C. Jamerson*

ECKENRODE-MAUPIN, Attorneys at Law

By: /s/ J. Thaddeus Eckenrode (with consent)
J. Thaddeus Eckenrode, #31080
Kevin Peek, #67440
11477 Olde Cabin Rd., Suite 110
St. Louis, MO 63141
Phone: 314-726-6670
Fax: 314-726-2106
jte@eckenrode-law.com
kkp@eckenrode-law.com
*Counsel for Defendants John Williams, M.D. and Julie Phipps, R.N.*

ATTORNEY GENERAL OF MISSOURI

By: /s/ Jeffrey T. Spahr (with consent)
Joel A. Poole, #32070
Jeffrey T. Spahr, #65614MO
P.O. Box 899
Jefferson City, MO 65102-0899
Phone: 573-751-4526
Fax: 573-751-9456
joel.poole@ago.mo.gov
jeff.spahr@ago.mo.gov
*Counsel for Defendant George Lombardi*

## CERTIFICATE OF SERVICE

I hereby certify that on the 7th day of December, 2016, a true and correct copy of the foregoing stipulation was electronically filed using the Court's online case filing system, which will send notice to all counsel of record.

By: /s/ Amy E. Breihan